UNITED STATES of America,
Plaintiff–Appellee,

v.

Henry GARCIA–DE LEON, a.k.a. Carlos Andrade–Enrique, a.k.a. Ricardo Lopez–Ortiz, Defendant–Appellant.

No. 13–10344.

United States Court of Appeals,
Ninth Circuit.

Submitted July 22, 2014.*

Filed July 28, 2014.

Mark S. Kokanovich, Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Eric W. Kessler, Kessler Law Offices, Mesa, AZ, for Defendant–Appellant.

Henry Garcia–De Leon, Raymondville, TX, pro se.

Before: GOODWIN, CANBY, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Henry Garcia-de Leon appeals from the district court's judgment and challenges his guilty-plea conviction and 52–month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia-de Leon's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Garcia-de Leon the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

